B6C (Official Form 6C) (04/13)

IN RE Trujillo, Gloria Celeste                                                    Case No. 2:14-16367-BB
                    Debtor(s)                                                              (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| Residence located at 4270 Denker Ave Los Angeles CA 90062 | CCCP § 704.730(a)(2) | 100,000.00 | 320,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Furniture | CCCP § 704.020 | 780.00 | 780.00 |
| Family clothing | CCCP § 704.020 | 900.00 | 900.00 |
| 2005 Nissan Altima | CCCP § 704.010 | 2,900.00 | 5,948.00 |

FILED
SEP 25 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:             Deputy Clerk

\* *Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*