Rosendo Gonzalez (State Bar No. 137352)
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013
Telephone:      (213) 452-0071
Facsimile:      (213) 452-0080

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES**

| | | |
|---|---|---|
| In re: | ) | Case No. 2:14-16367-BB |
| TRUJILLO, GLORIA CELESTE | ) | Chapter 7 |
| Debtor. | ) | **NOTIFICATION OF ASSET CASE** |
| | ) | {No Hearing Required} |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Rosendo Gonzalez, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated: November 11, 2014

/s/ ROSENDO GONZALEZ
ROSENDO GONZALEZ
Chapter 7 Trustee