# United States Bankruptcy Court
# Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Gloria Celeste Trujillo
**SSN:** xxx–xx–2129
**EIN:** N/A

4270 Denker Av
Los Angeles, CA 90062

**BANKRUPTCY NO.**  2:14–bk–16367–BB
**CHAPTER**  7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before February 17, 2015**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED <u>NOT</u> FILE AGAIN.**

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: November 12, 2014

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv rev. 10/11) VAN–10

**24 / G2**